IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | 1:20-cr-61 (LMB) |
| ) | |
| KIMBERLY ANN LANCASTER, ) | |
| ) | |
| Defendant.    ) | |
| ) | |

## ORDER

The Court has been advised by defense counsel that the defendant is not feeling well. Accordingly, it is hereby

ORDERED that the plea hearing scheduled today at 2:30 pm be and is **CANCELLED**, and it is further

ORDERED that counsel reschedule the plea hearing at the earliest convenience of all parties. Defendant is reminded that she is on bond and must comply with all conditions of her supervised release.

The Clerk is directed to forward copies of this Order to counsel of record and United States Probation Officer Leo Pet.

Entered this 12th day of March, 2020.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge